

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Miles Maurice McCaslin, Appellant

No. 06-23-00177-CR          v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 34274CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Miles Maurice McCaslin, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 29, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk